United States Bankruptcy Court

Eastern District of Pennsylvania

In re:

Victor Cyril Collins

Steve Gregory Sanchez, III

    Debtors

Case No. 25-13373-amc

Chapter 7

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Dec 05, 2025 | Form ID: 318 | Total Noticed: 31 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 07, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Victor Cyril Collins, Steve Gregory Sanchez, III, 4500 Worth Street, Philadelphia, PA 19124-3491 |
| 15043009 | + | Globe Development Group, LLC, 4500 Worth St, Philadelphia, PA 19124-3491 |
| 15043013 | | PECO, Attn: Bankruptcy, 2491 Paxton St, Harrisburg, PA 17111-1036 |
| 15042996 | + | Pennsylvania Office of Attorney General, Attn: Financial Enforcement Section, Strawberry Square, 15th Floor, Harrisburg, PA 17120-0001 |
| 15043014 | | Philadelphia Gas Works, Attn: Bankrupcty, PO Box 32145, Fridley, MN 55432-0145 |
| 15043018 | + | U.S. Dep't of State, 2201 C St NW, Washington, DC 20451-0001 |
| 15043020 | | Xfinity Mobile, Attn: Bankruptcy, PO Box 2300, Southgate, MI 48195-4300 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Dec 06 2025 00:31:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | EDI: PENNDEPTREV | Dec 06 2025 05:22:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 15043002 | | Email/PDF: AffirmBKNotifications@resurgent.com | Dec 06 2025 00:47:03 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 15043003 | | Email/PDF: bncnotices@becket-lee.com | Dec 06 2025 00:36:30 | Amex, Correspondence/Bankruptcy, PO Box 981535, El Paso, TX 79998-1535 |
| 15043004 | | Email/Text: rm-bknotices@bridgecrest.com | Dec 06 2025 00:31:00 | Bridgecrest Acceptance Corp, PO Box 53087, Phoenix, AZ 85072-3087 |
| 15043000 | | Email/Text: megan.harper@phila.gov | Dec 06 2025 00:31:00 | City of Philadelphia Law Department, 1401 John F. Kennedy Blvd., Philadelphia, PA 19102 |
| 15043005 | | EDI: CAPITALONE.COM | Dec 06 2025 05:22:00 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 15043001 | + | Email/Text: bankruptcy@philapark.org | Dec 06 2025 00:31:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 15043006 | | Email/Text: bankruptcy@credencerm.com | Dec 06 2025 00:31:00 | Credence Resource Management, LLC, Attn: Bankruptcy, PO Box 2300, Southgate, MI 48195-4300 |
| 15043007 | | Email/Text: bankruptcydpt@mcmcg.com | Dec 06 2025 00:31:00 | Credit One Bank N.A., Attn: Bankruptcy, PO Box 939069, San Diego, CA 92193-9069 |
| 15043008 | ^ | MEBN | Dec 06 2025 00:23:05 | Diversified Adjustment Services, Inc, Attn: Bankrupcty, PO Box 32145, Fridley, MN 55432-0145 |
| 15042993 | + | EDI: IRS.COM | | |

District/off: 0313-2

User: admin

Page 2 of 3

Date Rcvd: Dec 05, 2025

Form ID: 318

Total Noticed: 31

| | | | Dec 06 2025 05:22:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15043010 | ^ | MEBN | Dec 06 2025 00:23:05 | Jefferson Health, PO Box 785992, Philadelphia, PA 19178-5992 |
| 15043011 | | Email/Text: bankruptcydpt@mcmcg.com | Dec 06 2025 00:31:00 | Midland Credit Mgmt, Attn: Bankruptcy, PO Box 939069, San Diego, CA 92193-9069 |
| 15043012 | | Email/Text: Bankruptcies@nragroup.com | Dec 06 2025 00:31:00 | National Recovery Agency, Attn: Bankruptcy, 2491 Paxton St, Harrisburg, PA 17111-1036 |
| 15043015 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 06 2025 00:30:00 | Pnc Financial, Attn: Bankruptcy, 300 5th Ave, Pittsburgh, PA 15222-2401 |
| 15042994 | + | EDI: PENNDEPTREV | Dec 06 2025 05:22:00 | Pennsylvania Department of Revenue, Attn: Bankruptcy Division, Department 280946, Harrisburg, PA 17128-0001 |
| 15042997 | ^ | MEBN | Dec 06 2025 00:23:21 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 15042999 | + | Email/Text: bankruptcy@philapark.org | Dec 06 2025 00:31:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market Street, Philadelphia, PA 19106-1538 |
| 15043016 | | Email/Text: bankruptcy@sw-credit.com | Dec 06 2025 00:31:00 | Swc Group, 4120 International Pkwy, 100, Carrollton, TX 75007-1957 |
| 15043017 | | EDI: SYNC | Dec 06 2025 05:22:00 | Syncb/Venmo, Attn: Bankruptcy, PO Box 965065, Orlando, FL 32896-5065 |
| 15042998 | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Dec 06 2025 00:31:00 | U.S. Attorney's Office, Attn: Civil Process Clerk, 615 Chestnut Street, 12th Floor, Philadelphia, PA 19106-4404 |
| 15042995 | ^ | MEBN | Dec 06 2025 00:23:10 | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |
| 15043019 | | EDI: WFHOME | Dec 06 2025 05:22:00 | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus, MAC X2303-01A FL 3, Des Moines, IA 50328-0001 |

TOTAL: 24

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 07, 2025                    Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 4, 2025 at the address(es) listed**

District/off: 0313-2                          User: admin                                Page 3 of 3
Date Rcvd: Dec 05, 2025                        Form ID: 318                          Total Noticed: 31

**below:**

| **Name** | **Email Address** |
| --- | --- |
| BRAD J. SADEK | on behalf of Joint Debtor Steve Gregory Sanchez  III brad@sadeklaw.com, bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com;michael@sadeklaw.com |
| BRAD J. SADEK | on behalf of Debtor Victor Cyril Collins brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com;michael@sadeklaw.com |
| CHRISTINE C. SHUBERT | christine.shubert@comcast.net  J100@ecfcbis.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Victor Cyril Collins | Social Security number or ITIN   xxx–xx–7749 |
| | First Name    Middle Name    Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Steve Gregory Sanchez III | Social Security number or ITIN   xxx–xx–4167 |
| | First Name    Middle Name    Last Name | EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   Eastern District of Pennsylvania

Case number:   25–13373–amc

## Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Victor Cyril Collins

Steve Gregory Sanchez III

12/4/25

**By the court:**   Ashely M. Chan
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318   **Order of Discharge**   page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support
obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has
decided or will decide are not discharged
in this bankruptcy case;

♦ debts for most fines, penalties,
forfeitures, or criminal restitution
obligations;

♦ some debts which the debtors did not
properly list;

♦ debts for certain types of loans owed to
pension, profit sharing, stock bonus, or
retirement plans; and

♦ debts for death or personal injury caused
by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation
agreement are not discharged.

In addition, this discharge does not stop
creditors from collecting from anyone else who is
also liable on the debt, such as an insurance
company or a person who cosigned or
guaranteed a loan.

> **This information is only a general summary
> of the bankruptcy discharge; some
> exceptions exist. Because the law is
> complicated, you should consult an
> attorney to determine the exact effect of the
> discharge in this case.**